UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MID-ATLANTIC REGION COMMISSION ON HIGHER EDUCATION d/b/a MIDDLE STATES COMMISSION ON HIGHER EDUCATION,

Petitioner,

-against-

ASA COLLEGE, INC.,

Respondent.

-----------------------------------------------------------X

NOTICE OF APPEAL

**Case No. 25-cv-08521 (JPC)**

PLEASE TAKE NOTICE THAT, Defendant, ASA College, Inc. (“ASA”), by and through its attorneys, The Law Offices of Neal Brickman, P.C., 60 East 42nd Street - Suite 4000, New York, New York 10165, hereby appeals to the United States Court of Appeals for the Second Circuit from the entirety of the Clerk’s Judgment in this matter entered on August 14, 2026, Dkt. 21, in favor of the Commission, denying ASA’s motion for relief from the judgment confirming the First Arbitral Award and its motion to vacate the Second Arbitral Award, and granting the Commission's petition to confirm the Second Arbitral Award; and the entirety of the Order and Opinion in this action entered on August 12, 2026, Dkt. 20, granting confirmation of the Second Arbitral Award, denying vacatur of the Second Arbitral Award, and denying ASA’s request for relief from the Court’s judgment as to the First Arbitral Award; as well as from any and all other judgments, orders, opinions, decisions, rulings, and findings of the District Court contrary to the interests of ASA subsidiary thereto, subsumed therein, or subsequent thereto.

Dated: New York, New York
September 11, 2026

Respectfully Submitted,

By: Ethan Leonard

Neal Brickman (NB0874)
Ethan Leonard (EL2497)
The Law Offices of Neal Brickman, P.C.
60 East 42nd Street - Suite 4000
New York, New York 10165
(212) 986-6840
neal@brickmanlaw.com
ethan@brickmanlaw.com

*Attorneys for Defendant/Appellant ASA College, Inc.*

To: Celia A. Cohen
Ballard Spahr LLP
1675 Broadway - 19th Floor
New York, New York 10019
(212) 223-0200
cohenc@ballardspahr.com

*Attorneys for Mid-Atlantic Region Commission*
(Via ECF Only)

CLOSED,APPEAL,ECF,INTL−ARB

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25−cv−08521−JPC

Mid−Atlantic Region Commission on Higher Education v. ASA College, Inc.
Assigned to: Judge John P. Cronan
Cause: 09:207 Application for order confirming award of arbitrators

Date Filed: 10/15/2025
Date Terminated: 08/14/2026
Jury Demand: None
Nature of Suit: 896 Other Statutes: Arbitration
Jurisdiction: Federal Question

**Petitioner**

**Mid−Atlantic Region Commission on Higher Education**
*doing business as*
Middle States Commission on Higher Education

represented by

**Matthew Kussmaul**
Ballard Spahr
222 Delaware Ave
Ste 10th Floor
Wilmington, DE 19801
302−252−4452
Email: kussmaulm@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Paul Lantieri , III**
Ballard Spahr LLP
1735 Market St.
51st Floor
Philadelphia, PA 19103
215−864−8279
Email: lantierip@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Celia Amy Cohen**
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019
212−223−0200
Email: cohenc@ballardspahr.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**ASA College, Inc.**

represented by

**Steven Donald Johnson**
Kennedy Johnson Gallagher, LLC
99 Wall Street
15th Flr
New York, NY 10005
(212)248−2220
Fax: (212)248−0170
Email: sjohnson@kjglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2025 | 1 | PETITION TO Confirm ARBITRATION. (Filing Fee $ 405.00, Receipt Number ANYSDC−31850809).Document filed by Mid−Atlantic Region Commission on Higher Education. (Attachments: # 1 Exhibit A − First Arbitration Award, # 2 Exhibit B − Arbitration of Disputes Converning Adverse Actions Procedures, # 3 Exhibit C − Second Arbitration Award., # 4 Exhibit D − Decision and Order).(Cohen, Celia) |

| | | |
|---|---|---|
| | | (Entered: 10/15/2025) |
| 10/15/2025 | 2 | CIVIL COVER SHEET filed..(Cohen, Celia) (Entered: 10/15/2025) |
| 10/15/2025 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Mid−Atlantic Region Commission on Higher Education..(Cohen, Celia) (Entered: 10/15/2025) |
| 10/16/2025 | | CASE ASSIGNED PURSUANT TO RULE FOR DIVISION OF BUSINESS 4(b) to Judge John P. Cronan. Previously filed case 24−cv−2991. (jgo) (Entered: 10/16/2025) |
| 10/16/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge John P. Cronan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 10/16/2025) |
| 10/16/2025 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 10/16/2025) |
| 10/16/2025 | | Case Designated ECF. (jgo) (Entered: 10/16/2025) |
| 10/17/2025 | 4 | ORDER: On October 15, 2025, Petitioner filed a petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award are "treated as akin to a motion for summary judgment." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, Petitioner shall file and serve any additional materials with which it intends to support its petition to confirm by November 17, 2025. Respondents opposition, if any, is due December 8, 2025. Petitioner's reply, if any, is due December 22, 2025. Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than November 17, 2025, and shall file an affidavit of such service with the Court no later than November 18, 2025. SO ORDERED. ( Replies due by 12/22/2025., Responses due by 12/8/2025, Service due by 11/17/2025.) (Signed by Judge John P. Cronan on 10/17/2025) (jca) (Entered: 10/17/2025) |
| 10/20/2025 | 5 | MOTION to Confirm Arbitration *Award*. Document filed by Mid−Atlantic Region Commission on Higher Education..(Cohen, Celia) (Entered: 10/20/2025) |
| 10/20/2025 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Confirm Arbitration *Award*. . Document filed by Mid−Atlantic Region Commission on Higher Education..(Cohen, Celia) (Entered: 10/20/2025) |
| 10/20/2025 | 7 | DECLARATION of Celia A. Cohen in Support re: 5 MOTION to Confirm Arbitration *Award*.. Document filed by Mid−Atlantic Region Commission on Higher Education. (Attachments: # 1 Exhibit A − Post−Hearing Brief in First Arbitration, # 2 Exhibit B − ASA's Statement of Claim in First Arbitration, # 3 Exhibit C − ASA's Demand in Second Arbitration).(Cohen, Celia) (Entered: 10/20/2025) |
| 10/23/2025 | 8 | CERTIFICATE OF SERVICE of Petition to Confirm Arbitration Award, Motion to Confirm Arbitration Award, Supporting Documents, and October 17, 2025 Order served on ASA College, Inc. on October 23, 2023. Service was made by Fedex and email. Document filed by Mid−Atlantic Region Commission on Higher Education..(Cohen, Celia) (Entered: 10/23/2025) |
| 11/18/2025 | 9 | MOTION for Matthew Kussmaul to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32011331. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mid−Atlantic Region Commission on Higher Education. (Attachments: # 1 Affidavit in Support, # 2 Exhibit − PA Certificate of Good Standing, # 3 Proposed Order Granting Motion).(Kussmaul, Matthew) (Entered: 11/18/2025) |

| | | |
|---|---|---|
| 11/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Matthew Kussmaul to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32011331. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 11/18/2025) |
| 11/19/2025 | 10 | ORDER FOR ADMISSION PRO HAC VICE granting 9 MOTION for Matthew Kussmaul to Appear Pro Hac Vice. The motion of Matthew Kussmaul, for admission to practice Pro Hac Vice in the above captioned action is granted. The Clerk of Court is respectfully directed to close Docket Number 9. (Signed by Judge John P. Cronan on 11/19/2025) (jca) (Entered: 11/19/2025) |
| 12/03/2025 | 11 | MOTION for Paul Lantieri III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32077557. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mid−Atlantic Region Commission on Higher Education. (Attachments: # 1 Affidavit in Support, # 2 Exhibit − PA Certificate of Good Standing, # 3 Proposed Order Granting Motion).(Lantieri, Paul) (Entered: 12/03/2025) |
| 12/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Paul Lantieri III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32077557. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/03/2025) |
| 12/04/2025 | 12 | ORDER FOR ADMISSION PRO HAC VICE granting 11 Motion to Appear Pro Hac Vice. The motion of Paul Lantieri III for admission to practice Pro Hac Vice in the above−captioned action is granted. The Clerk of Court is respectfully directed to close Docket Number 11. (Signed by Judge John P. Cronan on 12/4/2025) (jca) (Entered: 12/04/2025) |
| 12/08/2025 | 13 | NOTICE OF APPEARANCE by Steven Donald Johnson on behalf of ASA College, Inc...(Johnson, Steven) (Entered: 12/08/2025) |
| 12/08/2025 | 14 | MOTION for Judgment *(Relief Therefrom), or in the alternative*., MOTION to Vacate *Second Arbitration Award*. Document filed by ASA College, Inc.. (Attachments: # 1 Exhibit Memorandum of Law in Support of Respondent's Motion, # 2 Affidavit Declaration of Steven Johnson, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6).(Johnson, Steven) (Entered: 12/08/2025) |
| 12/08/2025 | 15 | RESPONSE to 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by ASA College, Inc...(Johnson, Steven) (Entered: 12/08/2025) |
| 12/22/2025 | 16 | MEMORANDUM OF LAW in Opposition re: 14 MOTION for Judgment *(Relief Therefrom), or in the alternative*. MOTION to Vacate *Second Arbitration Award. and Reply in Support of its Petition to Confirm Arbitration Award*. Document filed by Mid−Atlantic Region Commission on Higher Education..(Cohen, Celia) (Entered: 12/22/2025) |
| 12/23/2025 | 17 | MOTION for Extension of Time *to File Reply Reply in Further Support of Motion for Relief of Judgment or in the Alternative, Motion to Vacate Second Arbitration Award*. Document filed by ASA College, Inc...(Johnson, Steven) (Entered: 12/23/2025) |
| 01/05/2026 | 18 | MEMO ENDORSEMENT granting 17 Letter Motion for Extension of Time. ENDORSEMENT: The extension request is granted. Respondent shall file a reply brief no later than January 12, 2026. The Court reserves judgment as to Petitioner's contention that Respondent's motion pursuant to Federal Rule of Civil Procedure 60(b) is procedurally improper. See Dkt. 16. The Clerk of Court is respectfully directed to close Docket Number 17. (Signed by Judge John P. Cronan on 1/5/2026) (rro) (Entered: 01/05/2026) |
| 01/05/2026 | | Set/Reset Deadlines: ASA College, Inc. answer due 1/12/2026. (rro) (Entered: 01/05/2026) |
| 01/12/2026 | 19 | REPLY MEMORANDUM OF LAW in Support re: 14 MOTION for Judgment *(Relief Therefrom), or in the alternative*. MOTION to Vacate *Second Arbitration Award*. . Document filed by ASA College, Inc.. (Attachments: # 1 Affidavit Declaration of Ty Kalleck, # 2 Affidavit Declaration of Steven Johnson, # 3 Exhibit Johnson Declaration |

| | | |
|---|---|---|
| | | Exhibit 1, # 4 Exhibit Johnson Declaration Exhibit 2).(Johnson, Steven) (Entered: 01/12/2026) |
| 08/12/2026 | 20 | OPINION AND ORDER re: 5 MOTION to Confirm Arbitration *Award*. filed by Mid−Atlantic Region Commission on Higher Education, 14 MOTION for Judgment *(Relief Therefrom), or in the alternative*. MOTION to Vacate *Second Arbitration Award*. filed by ASA College, Inc..For these reasons, the Court denies ASAs motion for relief from the judgment confirming the First Arbitral Award and its motion to vacate the Second Arbitral Award, and grants the Commissions petition to confirm the Second Arbitral Award. The Clerk of Court is respectfully directed to enter judgment in favor of the Commission and to close this case.SO ORDERED. (Signed by Judge John P. Cronan on 8/12/2026) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/12/2026) |
| 08/14/2026 | 21 | CLERK'S JUDGMENT re: 20 Opinion & Order. in favor of Mid−Atlantic Region Commission on Higher Education against ASA College, Inc. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated August 12, 2026, the Court denies ASA's motion for relief from the judgment confirming the First Arbitral Award and its motion to vacate the Second Arbitral Award, and grants the Commission's petition to confirm the Second Arbitral Award. Accordingly, judgment entered in favor of the Commission and the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 08/14/2026) (Attachments: # 1 Notice of right to appeal) (nd) (Entered: 08/14/2026) |
| 09/11/2026 | 22 | NOTICE OF APPEAL from 21 Clerk's Judgment,, 20 Memorandum & Opinion,,,. Document filed by ASA College, Inc.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Leonard, Ethan) (Entered: 09/11/2026) |
| 09/14/2026 | | Appeal Fee Due: for 22 Notice of Appeal. Appeal fee due by 9/28/2026. (tp) (Entered: 09/14/2026) |
| 09/14/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 22 Notice of Appeal. (tp) (Entered: 09/14/2026) |
| 09/14/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 22 Notice of Appeal filed by ASA College, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/14/2026) |