# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| | | |
|---|---|---|
| **CASE TITLE**<br>Mid-Atlantic Region Commission on Higher Education d/b/a Middle States Commission on Higher Education, Plaintiff,<br><br>v.<br><br>ASA College, Inc., Defendant. | **DISTRICT**<br>U.S. Dist. Ct. for S.D.N.Y.<br><br>**JUDGE**<br>John P. Cronan<br><br>**COURT REPORTER** | **DOCKET NUMBER**<br>1:25-cv-08521-JPC<br><br>**APPELLANT**<br>ASA College, Inc.<br><br>**COUNSEL FOR APPELLANT**<br>Neal Brickman, Esq. |

**Check the applicable provision:**

☐ **I am ordering a transcript.**

☑ **I am not ordering a transcript.**

**Reason for not ordering a transcript:**

☐ **Copy is already available**

☑ **No transcribed proceedings**

☐ **Other (Specify in the space below):**

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

**METHOD OF PAYMENT** ☑ **Funds** ☐ **CJA Voucher (CJA 21)**

**INSTRUCTIONS TO COURT REPORTER:**

☑ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

Neal Brickman, Esq., The Brickman Law Group, 420 Lexington Ave, Ste 2811, New York, NY 10170, 212-986-6840, neal@brickmanlaw.com

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| | |
|---|---|
| **COUNSEL'S SIGNATURE** | **DATE** |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| | | |
|---|---|---|
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017